```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California  93721
    Telephone:  (559) 498-7272
 5
```




AUG 2 2 2005

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: 1:05-MJ-00203 SMS |
| Plaintiff, ) | |
| v. ) | REQUEST BY THE UNITED STATES TO UNSEAL |
| LISA BOMENGEN, ) | CRIMINAL COMPLAINT |
| Defendant. ) | |

    Comes now the United States, by and through its attorneys of record, McGREGOR W. SCOTT, United States Attorney, and Laurel J. Montoya, Assistant United States Attorney, and request leave of the Court to unseal the Criminal Complaint as to defendant LISA BOMENGEN only in the above-referenced matter.

DATED: August 22, 2005                Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                By:   /s/ Laurel J. Montoya
                                      LAUREL J. MONTOYA
                                      Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: August 22, 2005
                                      _____
                                      Hon. SANDRA M. SNYDER
                                      U.S. Magistrate Judge

1